# EXHIBIT 2

**PRELIMINARY CLAIM CHART**

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| [1-pre] A method of maintaining communication between a first unit and a second unit, | Upon information and belief, the Accused Instrumentalities include and/or implement "[a] method of maintaining communication between a first unit and a second unit." <br><br> The Accused Instrumentalities allow devices to maintain communications between a first unit (e.g., a user's laptop, tablet, mobile phone, smartphone, or other mobile device) and a second unit (e.g., a company's server). <br><br> Publicly available documentation explain that the Accused Instrumentalities allow a user's device installed with NM software products to maintain communication with a mobility server when the user's device changes networks. <br><br> *See, e.g. (user's tablet in red and server in blue):* <br><br> (https://www.youtube.com/watch?v=zz8CsMAMi9g). <br><br> As seen in the above, the user's device can change communications networks (between, e.g., "Home WiFi," "WiFi Hotspot," "Cellular," and "WLAN") on the way to the Office all while maintaining communications with the mobility server. |
| [1-a] wherein said first unit is comprised of a geographically mobile unit and | Upon information and belief, the Accused Instrumentalities include and/or implement "wherein said first unit is comprised of a geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components." |

1

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components, and | The Accused Instrumentalities allow devices to maintain communications between a first unit (e.g., a user's laptop, tablet, mobile phone, smartphone, or other mobile device) and a second unit (e.g., a company's server), when the first unit is comprised of a "geographically mobile unit and includes a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components." <br><br> Geographically mobile units include for example, (but are not limited to) laptops, tablets, mobile smart mobile phones. NM's software can be downloaded onto at least the foregoing devices: <br><br> **Device support** <br> From desktops to mobiles and everything in between, the NetMotion agent is available on every major operating system. Secure and analyze your entire estate from a single console, with simple management features for even the most complex of device mixes. <br><br> Whether it's Apple, Android or Windows, you can expect the same exceptional secure remote access experience, with an advanced software-defined perimeter, alongside experience monitoring capabilities. <br><br> Secure and analyze your entire estate from a single console, with simple management features for even the most complex of device mixes. <br><br> (https://www.netmotionsoftware.com/platform/devices-and-deployment). <br><br> Each of the above necessarily includes "a first protocol stack adapted to act between a first communications hardware used for communication via a first communications network and one or more first software components." |
| [1-b] wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components, the method comprising the steps of | Upon information and belief, the Accused Instrumentalities include and/or implement "wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components." <br><br> The Accused Instrumentalities allow devices to maintain communications between a first unit (e.g., a user's laptop, tablet, mobile phone, smartphone, or other mobile device) and a second unit (e.g., a company's server), when the first unit is comprised of a "wherein said second unit includes a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components. <br><br> Net Motion's "second unit" (e.g., server in the below image) necessarily includes "a second protocol stack adapted to act between a second communications hardware used for communication via a second communications network and one or more second software components." |

2

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| | *See, e.g. (server in blue):*<br><br>(https://www.youtube.com/watch?v=zz8CsMAMi9g). |
| [1-c] providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components | Upon information and belief, the Accused Instrumentalities include and/or implement "providing said first unit with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components."<br><br>NM's VPN products are installed on units that are provided "with a first session layer which is adapted to act as an interface between said first protocol stack and said first software components."<br><br>Publicly available documentation notes that the Accused Instrumentalities make use of OSI Layer 5 (i.e., the OSI's session layer): |

3

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| | <br>| OSI Layer | TCP/IP Internet Protocol | Security Model |<br>|---|---|---|<br>| Application Layer 7 | | SSL |<br>| Presentation Layer 6 | | |<br>| Session Layer 5 | Telnet, FTP, SMTP, etc. | Mobility XE |<br>| Transport Layer 4 | Transmission Control Protocol (TCP) Unacknowledged Datagram Protocol (UDP) | |<br>| Network Layer 3 | Internet Protocol | IPSec |<br>| Data Link Layer 2 | Network interface cards: Ethernet, Token-Ring, FDDI, ATM, etc. NIC drivers: Network Independent Interface Specification (NDIS), Open Datalink Interface (ODI) | |<br>| Physical Layer 1 | Transmission media: Wireless media, fiber optic, coax, twisted pair, etc. | |<br><br>(http://www.hako-computing.com/downloads/english/NetMotion-Wireless_Security-for-Wireless-Networks.pdf at 11.)<br><br>| | IPSec VPN | SSL VPN | Mobility XE |<br>|---|---|---|---|<br>| Layer(s) | Layer 3 | Layer 7 | Layer 2 through Layer 7 |<br>| Created | At the concentrator | At the server appliance | At the server |<br>| Enforced | At the concentrator | At the server appliance | At the client |<br>| Paradigm | User by network | User by application | User by interface, network, application |<br>| Controls access to | Networks | Applications & resources | Networks, applications & resources |<br><br>**Policy Enforcement Comparison**<br><br>(http://www.hako-computing.com/downloads/english/NetMotion-Wireless_Security-for-Wireless-Networks.pdf at 16.)<br><br>According to the above diagrams, the Accused Instrumentalities make use of OSI layer 5 (i.e., the Session Layer) in their session persistence and security model solutions. |

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| [1-d] providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components | Upon information and belief, the Accused Instrumentalities include and/or implement "providing said second unit with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components."<br><br>NM's VPN products are installed on units that communicate with second units (i.e., servers). The second units are provided "with a second session layer which is adapted to act as an interface between said second protocol stack and said second software components."<br><br>Publicly available documentation notes that the Accused Instrumentalities make use of OSI Layer 5 (i.e., the OSI's session layer):<br><br>| OSI Layer | TCP/IP Internet Protocol | Security Model |<br>|---|---|---|<br>| Application Layer 7 | | SSL |<br>| Presentation Layer 6 | | |<br>| Session Layer 5 | Telnet, FTP, SMTP, etc. | Mobility XE |<br>| Transport Layer 4 | Transmission Control Protocol (TCP)<br>Unacknowledged Datagram Protocol (UDP) | |<br>| Network Layer 3 | Internet Protocol | IPSec |<br>| Data Link Layer 2 | Network interface cards: Ethernet, Token-Ring, FDDI, ATM, etc. | |<br>| | NIC drivers: Network Independent Interface Specification (NDIS), Open Datalink Interface (ODI) | |<br>| Physical Layer 1 | Transmission media:<br>Wireless media, fiber optic, coax, twisted pair, etc. | |<br><br>(http://www.hako-computing.com/downloads/english/NetMotion-Wireless_Security-for-Wireless-Networks.pdf at 11.) |

5

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| | |  |
| | |  | IPSec VPN | SSL VPN | Mobility XE |
| | |---|---|---|---|
| | | Layer(s) | Layer 3 | Layer 7 | Layer 2 through Layer 7 |
| | | Created | At the concentrator | At the server appliance | At the server |
| | | Enforced | At the concentrator | At the server appliance | At the client |
| | | Paradigm | User by network | User by application | User by interface, network, application |
| | | Controls access to | Networks | Applications & resources | Networks, applications & resources |
| | Policy Enforcement Comparison |
| | (http://www.hako-computing.com/downloads/english/NetMotion-Wireless_Security-for-Wireless-Networks.pdf at 16.) |
| | According to the above diagrams, the Accused Instrumentalities make use of OSI layer 5 (i.e., the Session Layer) in their session persistence and security model solutions. |
| [1-e] causing said first session layer to indicate a first identity corresponding to said second unit and said second software components; | Upon information and belief, the Accused Instrumentalities include and/or implement "causing said first session layer to indicate a first identity corresponding to said second unit and said second software components."<br><br>As state above for elements [1-c] and [1-d], the Accused Instrumentalities make use of OSI Layer 5 (i.e., the Session Layer). |
| [1-f] causing said second session layer to indicate a second identity corresponding to said first unit and said first software components | Upon information and belief, the Accused Instrumentalities include and/or implement "causing said second session layer to indicate a second identity corresponding to said first unit and said first software components."<br><br>As state above for elements [1-c] and [1-d], the Accused Instrumentalities make use of OSI Layer 5 (i.e., the Session Layer). |

6

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| [1-g] causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets | Upon information and belief, the Accused Instrumentalities include and/or implement "causing said first and said second session layers to use a common session protocol to ensure that traffic belonging to different first sockets in said first software components are directed by traffic intended for said second software components to different second sockets in said second software components uniquely corresponding to said different first sockets, and that traffic belonging to different second sockets in said second software components are directed by traffic intended for said first software components to different first sockets in said first software components uniquely corresponding to said different second sockets."<br><br>As state above for elements [1-c] and [1-d], the Accused Instrumentalities make use of OSI Layer 5 (i.e., the Session Layer) and include features that allow "session persistence:"<br><br>(https://www.youtube.com/watch?v=zz8CsMAMi9g).<br><br>NetMotion's products have sockets. (The patent defines "socket" to be : "A terminal point for communication represented by a socket handle ***in the socket-API.***"   In addition, Wikipedia defines socket-API as follows: "The application programming interface (API) that programs use to communicate with the protocol stack, using network sockets, is called a socket API.")<br><br>"The Mobility server enforces a per-client limit on the number of allocated sockets and it disconnects any client that exceeds the limit. Two warning events |

7

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| | are logged as a client approaches the socket limit, and an error is logged when the client exceeds the limit." |
| | http://help.netmotionsoftware.com/support/docs/mobilityxg/1100/help/mobilityhelp.htm#page/Mobility%20Server/trouble.12.51.html |
| | In addition, NetMotion's U.S. Patent 7,644,171 describes Mobility (NetMotion's product) architecture as having "a socket API 206 used to interface with one or more conventional network applications 208." |
| [1-h] providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks | Upon information and belief, the Accused Instrumentalities include and/or implement "providing said first unit with one or more first communications hardware with associated drive routines adapted to different communications networks." <br><br> The Accused Instrumentalities are installed on units with one or more communications hardware with associated drivers adapted to different networks. <br><br> For example, as shown below, a tablet with the software installed on it can communicate with at least WiFi networks and cellular networks, which necessarily means that the units include the appropriate hardware and drivers. <br><br> *See, e.g. (server in blue):* <br><br> (https://www.youtube.com/watch?v=zz8CsMAMi9g). |

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| [1-i] in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network | Upon information and belief, the Accused Instrumentalities include and/or implement "in the event of said first unit switching from said first communications network to a third communications network, causing said first session layer to maintain said communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network."<br><br>The Accused Instrumentalities maintain communications between a first unit (e.g., a user's laptop, tablet, mobile phone, smartphone, or other mobile device) and a second unit (e.g., a company's server) when the first unit switches between networks:<br><br>(https://www.youtube.com/watch?v=zz8CsMAMi9g).<br><br>As state above for elements [1-c] and [1-d], the Accused Instrumentalities make use of OSI Layer 5 (i.e., the Session Layer) and include features that allow "session persistence."<br><br>For such a feature to work, it is thus necessary that "communication between said first unit and said second unit by selecting necessary first communications hardware and drive routines for said third communications network." |
| [1-j] causing said second session layer to retain said second | Upon information and belief, the Accused Instrumentalities include and/or implement "causing said second session layer to retain said second identity during the switching of said first unit from said first communications network to said third communications network." |

9

| Claim Chart of U.S. Pat. No. 7,797,437 ("the '437 Patent") ||
|---|---|
| **Exemplary claim (Claim 1)** | **The Accused Instrumentalities** |
| identity during the switching of said first unit from said first communications network to said third communications network | As state above for elements [1-c] and [1-d], the Accused Instrumentalities make use of OSI Layer 5 (i.e., the Session Layer) and include features that allow "session persistence." |